Good morning, I'm Lisa Clark, I'm a straight law student at the University of Minnesota. I'd like to introduce you to my instructor today. My name is Lisa Clark, I'm a straight law student at the University of Minnesota. My name is Lisa Clark, I'm a straight law student at the University of Minnesota.  We are signing off on this issue in connection to the basis of chocolate-free law in our country. Mr. Jones, are you under any speculation that the incriminating law occurred? That's a great question. And what was the standpoint as to that? In this case, the trial enrollment system established that LJO had incriminating law established that LJO was in design of a specific number, a specific person, or number. The state doesn't have a specific quantity, however, it does reference specifically the technological institutions and the knowledge of institutions of power. Does this not have to say that LJO is an H-file? You know, I've been interpreting it as the top institutions of power, not the top institutions of power. If you didn't raise the issue until you were properly covered, what, if you believe anything, is it or is it not correct that you didn't raise the issue until you were properly covered? Is it or is it not? Well, LJO is an H-file down below, but it's not an H-file. I understand. We are confined to the record that you are calling for, but at the present time, you are just completely correct. It's not that your record consists only of the subject matter you refer to, it's just that nothing about me corrects it. That's it. No, there are, after the Washington Square, the Trump administration, there's a yearning, and the Washington Square, if you ask any Americans, their tradition is that the Trump administration should be the one that raises it. We, prior to the next Supreme Court, I'm sure, will be very happy to hear that the House of Reporters, which is the House of Representatives, she did not raise the issue in her order. The only basis for the reversal of her order was the discussion. She told me that the House did not raise the issue, and I'm sorry, anybody else want to say something? No, this is a little bit of a confusion. You know, we have such a tight-knit community, so this is a little bit of a confusion. We're championing level 53. Let's turn on your vote. We're doing the thing that we're supposed to be doing. It's that all we have is the security that you refer to, and it says nothing about blood. Do we have to agree to allow consideration of the characteristics of the Supreme Court ever to administer it? I don't know. We can't get the court, either the court or the Supreme Court, to decide on that. It's not obvious. Well, since we don't know that she did not raise that issue, you're required, right, to do this for the defense of the people you are going to look at the judge. If they have come to do what they ask you to do, it's important to enforce the waiver. And you would expect us to do that, wouldn't you? She did not raise the issue. It's definitely true. You're right. This is for our people. You do not raise the issue. You're open to raise. You have now deprived the defendant of the opportunity to give results in the grant or in the grant. You know you're right. You're definitely right. I don't mean the issue. You just raised the point. You have to. You do have to. I'm not going to be brief with you. I'm sure that you'll be brief. You're all right. If you keep talking for them, they will be brief. You raised the issue. If you're in the district court, you can't raise the issue. You must understand that we'll be asking them to push back on this and not on this. We can see right here. He's copying the issue. His letter was raised below. On a regular basis, you know, all of the OSCOR representatives, they all get right off the bench, and they talk to the defendants, and I would almost always ask this, but force the waiver, and they expect us to enforce it. Why shouldn't we enforce it? It's the only basis for the district court to reverse all affirmative regulations. It's the only basis for the district court to reverse all affirmative regulations. But we're required to review the record in terms of whether or not there is disobedient in the bank, and our ability to speak to a government command that's burdened. It's unreasonable to have a district court, but I'm not a defendant. I have a softball team that I work for, and I've told this history to many presidents. My request is to talk to him again. He is a presidential representative. He's not from the policy institution. And not only that, he acts as the most powerful stronghold in the determination of human rights law under the policy institution. I'm just interested actually in his childhood rather than his adolescence. It would be great if the Constitution were part of the evidence, where you could see that he lives in this case pattern, but I don't know how well the Constitution works. I don't actually know the position of some of our civil servants in New York. We haven't been connected. I agree with that. How is that going to be altered? I don't want to get into the issue of an empty down-the-loop. However, the government did ask the district court, after the rejection of the two cases, but before CDC were ordered, the committee and the government did ask the district court to be suspended in order for us to get an end to the government waiver grant. I don't think that he's displeased with that. He's pleased with the fact that he'll be released all night, so that he doesn't have to go home in New York for a couple of years. He's had a huge operation in New York, and he'll be released in New York libraries in a week, and he should be happy. And, you know, I think that the flag, if you're kidding me, the only issue that the district court, the only thing that the district court refers to, of course, when it comes to these cases, relies on the fact that he had an issue with the proceeding. Okay. I'm going to go to the next slide, sorry. I don't know if you want to, or you can restrict your time, but I'm going to say that the only basis of our reversal of why these have to be within the case, she had a raised issue of judicial discipline, I think that's associated with the waiver, and I'm sure none of you have seen it, so hopefully you'll agree with me. I've been studying that for quite a bit, and I think we would have to go through the waiver regardless of whether that issue should be referred to the district court. That's correct. I understand, and it makes me feel like we have another thing that someone promised the motion to do, and I don't know if that's enough, but I think it's an issue for a lot of people, and I think that's all we need to do. Okay, guys, I guess I'm going to go to you, I'm going to go to you, too. Okay, guys, I'm going to go to you, too. I'm going to go to you, too. So I have a question. The district court did the lie, or it's true in this case, and they now don't rule in total to the district court. Is that correct? I don't think so. It seems to me, though, that the district court did the lie on a specific holding, and it's no longer, I'm sorry to say, but it's not just the law. We need something that at least is a greater sense of correct or not correct. I'm sorry to say, but in that situation, why would we simply reverse the agreement and allow the district court to consider all the other arguments that are being made, whether there should or should not be a notice of something that was brought to the district court, or whether there was too late, and the district court sued the district court for taking a fresh look at it and said it was their first ruling. Is legally incorrect? Well, sure. I don't think it is legally incorrect, but I wonder why the court, at least the court previously, in the U.S. v. Nichols, didn't have a written perspective, and said that the district court should confirm a district court's decision upon changing grounds because, of course, the record stated that the district court should have a perspective and that the district court didn't even reach the issue that was being discussed earlier in the argument. Is it that the status presented to the district court cannot rule on elements of the case nor may it ordinarily allow the district court to first oversee the eventuality? Well, the right answer is, well, just because we're following a percentage of the case, doesn't mean that we can't get more documents that would be in the range of the legal issues that we never reached that were already in the case. Well, just because this court cannot affirm or able to have the record and can't make a decision for the district court, I would disagree that this court can't make a decision. Can it reverse? Here, in order to reach the other issue, I mean, you know, if we were to agree that she needs to let us stop her or if something was appropriated by references, how does she do it? Well, generally, you can't reverse based on the issue because, first of all, I would disagree that the district court should not make a decision, particularly that the district court should check the evidence that we brought. We ought to think that this court also should review the first point that it mentioned at the beginning of the argument and then move on to the next point. If the individual was born to two resident members according to the certificate, which is completely different from Alvarez, where the person was really shown to be a resident, I would be a resident, which I would be a custodian. Again, I guess I would ask that you potentially can explain it and review that in order to introduce a notice that this document had ceased to be incorporated into the ownership certificate and not into the notice. Dr. Bruno, why isn't that an issue in the first instance of changes to the court? Well, to the opposite end, in general, we're at risk of that because this court gets to make decisions and rules, even if the agreement was made in any instance, and this court can refer basically to the evidence provided by Alvarez and we're not necessarily involved in the change of ownership. I mean, this court has a better authority to just, I mean, this court has an authority to change the court and change anything. So, I'd be completely... I think her question here is kind of reversed on the grounds of the fact that we are trying to change this court and we want it to actually be seen, for the sake of this question, that it should at least violate various, if we look at it all, evidence, in general. But, that is an issue that the district court did not reach. So, can you, in theory, completely reverse on and around that the district court did not reach? Well, it's the only piece that I found in this circuit that I can comment on based on the framework described in the district court which is that we have an issue that either the agency or this court that did this course did not reach or reversed any issue that we have found in the district court and the district court seems to do this issue well. So, I would say I would be saying, no, it seems to us not that you can find any worries in this court that are in it. The only worry is that it is affirming the district's decision and I would completely agree with what we, what we discussed before that the Constitution should be reversed and it should be controlled to the extent that we want it but the Constitution was not indicated in this. It was not indicated in the contract records that the faculty mentioned any role in this respect. Well, and that's the very issue that we're sort of thinking through here because in both cases the district court informed the district court that it could make this final decision and the court didn't control what Murray Moore Gallagher needed to because the ground for its decision was something completely different. So, I would, I would agree with you with that and there have been a couple of requests to adjust the court constitution notice but it seems to me that it was written slow and there's no ability for us to reach a final key and so I feel like I have to procedurally continue so, sorry. Well, there are apologies made in the contract records that the district court's decision was the constitution notice but the district court did not suggest to change the initial notice but the whole motivation was a group that was called out. The guy did ask the district court at least four times to agree to it on behalf of the district and  they did not change the final notice that was once on the deferment to the dismissal contract system a couple times and they refused to transfer the endorsement and obviously the district court did not agree to it on and they did not agree to
judges: Hawkins, Graber, Selna